UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

L. TURNER-BEY,

        Plaintiff,

    v.

STATE OF NEVADA, et al,

        Defendants.

Case No. 2:25-cv-01671-ART-MDC

ORDER

Plaintiff L. Turner Bey initiated this lawsuit on September 8, 2025, against Defendants State of Nevada, Deputy Clerk of the Court of the Second Judicial District Court of Washoe County, employee number 120231 of the Second Judicial District Court of Washoe County, C/O Saint at High Desert State Prison, and District Attorney Jennifer Noble for willfully disclosing confidential documents about his case to another inmate. (ECF No. 1.) He filed a Motion to Vacate Complaint on October 3, 2025. (ECF No. 3.) The Court construes this motion as a voluntary dismissal of all of Plaintiff's claims.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

//
//
//
//

1

Dated this 13th day of April, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE